ORIGINAL

1  THO NGUYEN
2  61 BITTING AVENUE
3  SAN FRANCISCO CA. 94124
4  (415) 516-4733

FILED
APR 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MMC

10  THO NGUYEN         )
11          Plaintiff, ) CASE NO. 08  1952
12      vs.            )
                       ) PRISONER'S
13  NANCY ALCANTAR, field offc Director, ) APPLICATION TO PROCEED
                       ) IN FORMA PAUPERIS
14  ICE, DHS    Defendant. )
                       ) FILE BY FAX
15  _____)

(PR)

16      I, __THO NGUYEN__, declare, under penalty of perjury that I am the plaintiff in

17  the above entitled case and that the information I offer throughout this application is true and correct.

18  I offer this application in support of my request to proceed without being required to prepay the full

19  amount of fees, costs or give security. I state that because of my poverty I am unable to pay the

20  costs of this action or give security, and that I believe that I am entitled to relief.

21      In support of this application, I provide the following information:

22  1.  Are you presently employed?   Yes ___   No _X_

23  If your answer is "yes," state both your gross and net salary or wages per month, and give the name

24  and address of your employer:

25  Gross: ___N/A___   Net: ___N/A___

26  Employer: ___N/A___

27  _____

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____      - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3    GAB DRIVER    YEAR 2005    2,800 MONTHLY
4
5
6  2.    Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8      a.    Business, Profession or    Yes ___ No _X_
9          self employment
10     b.    Income from stocks, bonds,    Yes ___ No _X_
11         or royalties?
12     c.    Rent payments?    Yes ___ No _X_
13     d.    Pensions, annuities, or    Yes ___ No _X_
14         life insurance payments?
15     e.    Federal or State welfare payments,    Yes ___ No _X_
16         Social Security or other govern-
17         ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20     N/A
21
22 3.    Are you married?    Yes ___ No _X_
23 Spouse's Full Name:   N/A
24 Spouse's Place of Employment:   N/A
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $   N/A    Net $   N/A
27 4.    a.    List amount you contribute to your spouse's support : $   N/A
28     b.    List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____    - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____
4  _____

5. Do you own or are you buying a home?    Yes ___ No _X_
Estimated Market Value: $ __N/A__  Amount of Mortgage: $ __N/A__

6. Do you own an automobile?    Yes ___ No _X_
Make __N/A__   Year __N/A__   Model __N/A__
Is it financed? Yes __N/A__ No __N/A__ If so, Total due: $ __N/A__
Monthly Payment: $ __N/A__

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
Name(s) and address(es) of bank: __N/A__
_____
Present balance(s): $ __N/A__
Do you own any cash? Yes _X_ No ___ Amount: $ __500.00__
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_
_____

8. What are your monthly expenses?  I LIVE WITH MY MOTHER AND BROTHER
Rent: $ __N/A__        Utilities: __N/A__
Food: $ __N/A__        Clothing: __N/A__
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ | $ |
|  | $ | $ |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.) NO

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____    - 3 -

1
2
3   10.   Does the complaint which you are seeking to file raise claims that have been presented in
4   other lawsuits?                                               Yes ___ No _X_
5   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6   they were filed.
7            NA
8
9         I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11        I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14   4/11/08                           Nguyen, Tho
15      DATE                          SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 4 -

> THIS DOES NOT APPLY TO ME. I AM DETAINED ON "ORDER OF SUPERVISION".

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at

[prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____.

Dated: _____     _____

[Authorized officer of the institution]