IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THO NGUYEN, | No. C-08-1952 MMC |
| Petitioner, | **ORDER EXTENDING DEADLINE TO FILE TRAVERSE** |
| v. | |
| NANCY ALCANTAR, et al., | |
| Respondents | |

On April 14, 2008, petitioner, proceeding pro se, filed the above-titled petition for a writ of habeas corpus. By order filed April 21, 2008, the Court (1) dismissed two of the three claims set forth in the petition, (2) directed respondent to file, no later than April 28, 2008, a response to the remaining claim, and (3) afforded petitioner the opportunity to file, no later than May 7, 2008, a traverse.

On April 28, 2008, respondents filed a timely response, noting therein they were not, as of April 28, 2008, in possession of petitioner's "A-file," which file, according to respondents, contains all documents relevant to petitioner's immigration history. On May 19, 2008, respondents, having received petitioner's A-file, filed a supplement to their initial response, attached to which are certain documents located in said file. Because such documents were not available at the time respondents filed their initial response, the Court

finds good cause exists to consider respondents' supplement.

Petitioner did not file a traverse by May 7, 2008. Because the Court will consider respondents' supplement to their initial response, however, the Court will extend the deadline for petitioner to file a traverse. Specifically, the deadline for petitioner to file a traverse is hereby EXTENDED to June 13, 2008.[1]

As of June 13, 2008, the Court will take the matter under submission.

**IT IS SO ORDERED.**

Dated: May 27, 2008

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] In light of petitioner's allegation that his removal was imminent, the Court set a briefing schedule on shortened time. Respondent has offered evidence, however, that petitioner "is not currently scheduled for removal." (See Robinson Decl., filed April 28, 2008, ¶ 10.)

2