IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THO NGUYEN,

    Petitioner,

v.

NANCY ALCANTAR, et al.,

    Respondents
                                                    /

No. C-08-1952 MMC

**ORDER DENYING AS MOOT SECOND APPLICATION TO PROCEED IN FORMA PAUPERIS**

    On April 14, 2008, petitioner filed a petition for a writ of habeas corpus and an application to proceed in forma pauperis. By order filed April 21, 2008, the Court granted petitioner's application to proceed in forma pauperis.

    On April 23, 2008, plaintiff filed a second application to proceed in forma pauperis. In light of the Court's having granted plaintiff's initial application to proceed in forma pauperis, plaintiff's second application to proceed in forma pauperis is hereby DENIED as moot.

    **IT IS SO ORDERED.**

Dated: May 27, 2008

MAXINE M. CHESNEY
United States District Judge