IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THO NGUYEN,

        Petitioner,

  v.

NANCY ALCANTAR, et al.,

        Respondents.
                                 /

No. CV-08-1952 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is hereby DENIED.

Dated: July 1, 2008

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk